

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | | |
|---|---|---|---|
| PETER I. SHAH, | § | No. 08-22-00133-CV | |
| Appellant, | § | Appeal from the | |
| v. | § | 143rd Judicial District Court | |
| MAPLE ENERGY HOLDINGS, LLC, | § | of Reeves County, Texas | |
| Appellee. | § | (TC# 22-03-24342-CVR) | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2022.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.